# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 15, 2026

Lyle W. Cayce
Clerk

No. 25-60643
Summary Calendar

_____

Pedro Luis Gomez-Lopez,

*Petitioner*,

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General*,

*Respondent*.

_____

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A205 476 945

_____

Before Haynes, Graves, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Pedro Luis Gomez-Lopez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals (BIA) decision affirming the Immigration Judge's (IJ) denial of his application for asylum, withholding of removal, and protection under the Convention Against Torture (CAT).

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60643

First, Gomez-Lopez argues the BIA erred in affirming the IJ's finding that he had not established a nexus between the harm he suffered and his political opinion and activity as a whistleblower and anti-corruption activist. However, the record does not compel a contrary conclusion, and this nexus determination is dispositive of his asylum and withholding claims. *See Cantarero-Lagos v. Barr*, 924 F.3d 145, 150 (5th Cir. 2019); *Zhang v. Gonzales*, 432 F.3d 339, 344 (5th Cir. 2005).

Second, Gomez-Lopez argues the BIA erred in affirming the IJ's denial of CAT protection, citing the country conditions evidence he submitted to the agency and his own credible testimony regarding persecution by police officers. Because substantial evidence supports the agency's factual findings, Gomez-Lopez has not shown any reversable error in the denial of CAT protection. *See Qorane v. Barr*, 919 F.3d 904, 911 (5th Cir. 2019); *Zhang*, 432 F.3d at 344.

The petition for review is DENIED.